UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
POPHAM DESIGN, SARL,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )   Civil Action No.: _____
F. SCHUMACHER & CO, and             )
MARY MCDONALD, INC.,                )
                                    )
                                    )
            Defendants.             )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff popham design, SARL ("Popham") states as follows:

1. Popham has no parent corporation; and

2. No corporation holds more than 10% of the stock of Popham.

Dated: July 7, 2016

                                                  Respectfully submitted,

                                                  */s/ Margaret K. Minister*
                                                  Margaret K. Minister (BBO# 624975)
                                                  Kate R. Isley (BBO# 666371)
                                                  PIERCE ATWOOD LLP
                                                  100 Summer Street, Suite 2250
                                                  Boston, MA 02110
                                                  Tel.: (617) 488-8100
                                                  Fax:  (617) 824-2020
                                                  mminister@pierceatwood.com
                                                  kisley@pierceatwood.com

                                                  Attorneys for Plaintiff
                                                  varn@pierceatwood.com
                                                  kisley@pierceatwood.com

                                                  *Attorneys for Plaintiff*