UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POPHAM DESIGN, SARL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. SCHUMACHER & CO, and )<br>MARY MCDONALD )<br>)<br>Defendants. )<br>) | Civil Action No.:<br>1:16-CV-11429-GAO |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, Kate R. Isley of the law firm of Pierce Atwood LLP, hereby appears as counsel for Plaintiff popham design, SARL in the above-captioned action and requests that copies of all documents, papers and pleadings in this case be served upon her at the address indicated below.

Dated: July 11, 2016

> Respectfully submitted,
>
> **popham design, SARL**
>
> By its attorneys,
>
> */s/ Kate R. Isley*
> Kate R. Isley (BBO# 666371)
> kisley@pierceatwood.com
> PIERCE ATWOOD LLP
> 100 Summer Street, Suite 2250
> Boston, Massachusetts 02110
> (T): 617-488-8138
> (F): 617-824-2020

{W4691818.1}

## CERTIFICATE OF SERVICE

I hereby certify that, on July 11, 2016, I filed a copy of the foregoing document with the Court's CM/ECF System, which will distribute a copy of the document to all counsel of record.

Dated: July 11, 2016

*/s/ Kate R. Isley*
Kate R. Isley

{W4691818.1}