**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POPHAM DESIGN, SARL,<br><br>                Plaintiff,<br><br>    v.<br><br>F. SCHUMACHER & CO. and MARY MCDONALD, INC.,<br><br>                Defendants. | CASE NO. 1:16-cv-11429-GAO |

**DEFENDANTS F. SCHUMACHER & CO. AND MARY MCDONALD, INC.'S**
**7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendants F. Schumacher & Co. ("Schumacher") and Mary McDonald, Inc. ("McDonald") state the following:

    1.    Schumacher does not have a parent corporation and no publicly held corporation owns 10% or more of its stock; and

    2.    McDonald does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

                                            Respectfully submitted,

                                            DEFENDANTS,
                                            By their Attorneys,

                                            */s/ Ronald M. Davids*
                                            Ronald M. Davids (BBO# 115110)
                                            DAVIDS & COHEN, P.C.
                                            40 Washington Street, Suite 20
                                            Wellesley, MA  02481
                                            Tel: (339) 686-2540
                                            Fax: (781) 416-4344
                                            rdavids@davids-cohen.com

        Claudia E. Ray (*pro hac* admission pending)
        Joshua L. Simmons (*pro hac* admission pending)
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 446-4800
        Facsimile: (212) 446-4900
        claudia.ray@kirkland.com
        joshua.simmons@kirkland.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 14, 2016, a copy of the foregoing document was served on all registered participants identified on the Notice of Electronic Filing by filing of same through the ECF system.

        /s/ *Ronald M. Davids*
        Ronald M. Davids